**SO ORDERED.**

**SIGNED March 21, 2011.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RE: Mark Wood                                                                             **Case # 09-13523**
     Jane Wood                                                                            **Chapter 13**

**ORDER AND NOTICE OF DISMISSAL**

The above-named debtor(s) filed a petition in this Court on *October 26, 2009*, under Chapter 13 of the Bankruptcy Code.
On *August 18, 2010,* an order was signed by Judge Stephen V. Callaway that should debtor(s) fail to make payments to the Trustee within thirty (30) days of the date they are due, the Trustee may submit an affidavit of default and dismiss the case with a 109(g) finding. The Chapter 13 Trustee now reports *the debtor has consistently made "less than the required monthly plan payment" as evidenced by the payment history provided ; and it appearing that the case should be dismissed.*
**IT IS HEREBY ORDERED** that the Chapter 13 Case be and the same hereby dismissed with a 109(g) finding.
**IT IS FURTHER ORDERED** that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor(s) after deducting the percentage fees prescribed by 11 U. S. C. Section 1302(e)(2).
**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed.
**IT IS FURTHER ORDERED** that the Trustee be discharged and released from his trust, his bond cancelled and the sureties thereon released.
**IT IS FURTHER ORDERED** that any Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor is hereby revoked and rescinded.
**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C Section 362(a) and 11 U.S.C. Section 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.
**IT IS FURTHER ORDERED** that notice be sent to all creditors that the Chapter 13 Case was dismissed, and that creditors should now look directly to debtor for satisfaction of any balances owing upon their claim.
                                                                          # # #

**The Order is being submitted by:**
**Lucy G. Sikes, Trustee**
**P O Box 1770**
**Shreveport, LA 71166**